**No. 47793.**—Protests 92894–K, etc., of Gemsco, Inc. (New York).

Opinion by Tɪʟsᴏɴ, J.   In accordance with stipulation of counsel that certain of the merchandise in question is similar in all material respects to that involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the protests were sustained as to those items.

**No. 47794.**—Protests 545780–G, etc., of International Harvest Hat Co. et al. (St. Louis).

Opinion by Tɪʟsᴏɴ, J.   In accordance with stipulation of counsel "8-Bu. paper hats" the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) were held dutiable as claimed.

**No. 47795.**—Protests 675365–G, etc., of Jacob Elishewitz & Co. et al. (New York).

Opinion by Tɪʟsᴏɴ, J.   In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47796.**—Protests 969228–G, etc., of International Harvest Hat Co. et al (St. Louis).

Opinion by Tɪʟsᴏɴ, J.   In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the hats in question, known as harvest hats, were held dutiable as claimed.